IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01889-TPO

JUSTIN SKAGGS,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DEPUTY DIEGO VILLALPANDO-HERNANDEZ, in his individual and official capacity,
DEPUTY ANDREW SALAZAR, in his individual and official capacity,
DEPUTY JASON SPADACCINI, in his individual and official capacity,

Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

CHECK ONE

____X____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| s/ Todd Frank Bovo | Justin Skaggs, Plaintiff | 03/19/2025 |
| s/ Craig L. Pankratz | Defendant City and County of Denver | 03/19/2025 |
| s/ Bernard Woessner | Defendants Salazar and Spadaccini | 03/19/2025 |
| s/ Eric M. Ziporin | Defendant Villalpando-Hernandez | 03/19/2025 |

# CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2025, a true and correct copy of the above and foregoing was electronically served using the CM/ECF system to the following:

Craig L. Pankratz
Denver City Attorney's Office
*Attorney for Defendants City and County of Denver*

Timothy Walsh
Bernard Woessner
Nathan Dumm & Mayer, P.C.
*Attorneys for Defendants Salazar, and Spadaccini*

Eric M. Ziporin
SGR, LLC
*Attorney for Defendant Villalpando-Hernandez*

                                              *s/ Mark D. Smith*
                                              Mark D. Smith